# Order

**Michigan Supreme Court**
**Lansing, Michigan**

June 28, 2010

140594

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
　　　　　Plaintiff-Appellee,

v

LAMAR RAY JONES,
　　　　　Defendant-Appellant.

SC: 140594
COA: 285170
Wayne CC: 07-013490-FC

_____/

On order of the Court, the application for leave to appeal the January 7, 2010 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 28, 2010

Clerk

s0621